## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Tracy Aragona v. Bayer HealthCare Pharmaceuticals, et al.* | No. 10-cv-13423-DRH |
| *Ebin Carnine v. Bayer Corporation, et al.* | No. 10-cv-13429-DRH |
| *Karen Eaton v. Bayer Corporation, et al.* | No. 10-cv-12302-DRH |
| *B.G., by and through her Guardian ad Litem, Brandilee Gallegos v. Bayer Corporation, et al.* | No. 09-cv-20101-DRH |
| *Tova Lubka v. Bayer Corporation, et al.* | No. 09-cv-20102-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on May 16, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY:   **/s/*Caitlin Fischer***
**Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2014.05.21 10:59:27 -05'00'

**APPROVED:**
**CHIEF JUDGE**
**U. S. DISTRICT COURT**